*Friedlaender* (id. 103, T. D. 46445), and *Woolworth* v. *United States* (26 id. 221, C. A. D. 20) cited.

**No. 43385.**—Protest 984633-G of S. Lisk & Bro. (New York).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of needle threaders similar to those the subject of Abstract 38680.   The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 43386.**—Protests 935110-G, etc., of Foochow Importing Co. et al. (San Francisco).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel lamp finials, antimony ware calendar holders, bookends, candlesticks, trays and candelabra, brass ink pots, brass irons, iron money boxes, lanterns, brass sieves, brass ink boxes, tin letter holder, brass ladles, iron ladle, brass boxes, and brass match holders were held dutiable as household utensils under paragraph 339.   *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Rice* v. *United States* (24 id. 114, T. D. 48415), and Abstracts 24575, 25667, 28783, 29478, 29490, 29548, 30158, 30942, 32040, 32416, 32627, 32915, 33144, 33928, 34951, 30099, and 32415 cited.

**No. 43387.**—Protest 923421-G of M. Zwiebel (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel and on the authority of Abstract 41633 the pencil sharpeners in question were held dutiable at 40 percent under paragraph 339 as claimed.

BEFORE THE THIRD DIVISION, MARCH 14, 1940

**No. 43388.**—Protest 971894-G of Quon & Quon Co. (Los Angeles).

Opinion by KEEFE, J.   It was stipulated that the merchandise is the same as that the subject of *Kwong Yuen & Co.* v. *United States* (T. D. 49409) and Abstract 38573.   The wooden stands in question were therefore held dutiable at 33⅓ percent under paragraph 412 as claimed.

**No. 43389.**—Protest 969874-G of W. X. Huber Co. (Los Angeles).

Opinion by KEEFE, J.   It was stipulated that the merchandise is the same as that the subject of *Kwong Yuen & Co.* v. *United States* (T. D. 49409) and Abstract 38573.   The wooden stands in question were therefore held dutiable at 33⅓ percent under paragraph 412 as claimed.